UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) ) MOUSSA TALL, *also known as Bamoussa* ) *Tall,* ) Defendant. ) | **JUDGMENT** No. 5:19-CV-549-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for summary judgment made pursuant to Federal Rule of Civil Procedure 56.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 18, 2021, and for the reasons set forth more specifically therein, that plaintiff's motion for summary judgment is granted.

**This Judgment Filed and Entered on February 18, 2021, and Copies To:**

Christopher B. Buchanan / Rudy Renfer / Kathryne M. Gray (via CM/ECF Notice of Electronic Filing)
Moussa Tall (via US mail 1105 Timber Drive, Unit A, Garner, NC 27529)

February 18, 2021        PETER A. MOORE, JR. CLERK

                         /s/ Sandra K. Collins
                         (By) Sandra K. Collins, Deputy Clerk