UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AMENDED JUDGMENT** |
| | ) | |
| | ) | No. 5:19-CV-549-FL |
| MOUSSA TALL, *also known as Bamoussa* | ) | |
| *Tall,* | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for summary judgment made pursuant to Federal Rule of Civil Procedure 56.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 18, 2021, and for the reasons set forth more specifically therein, that plaintiff's motion for summary judgment is granted.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 1, 2021, and for the reasons set forth more specifically therein, the Court finds and declares that Defendant procured his United States citizenship by concealment of a material fact and willful misrepresentations. The order admitting Defendant to United States citizenship is REVOKED and SET ASIDE; effective as of the original date of the order, November 4, 2004; Certificate of Naturalization No. 28572816 issue to Defendant is CANCELLED, effective as of the original date of certificate, November 4, 2004; Defendant is forever RESTRAINED and ENJOINED from claiming or exercising any rights, privileges, benefits, or advantages of United States citizenship based on his November 4, 2004 naturalization.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant shall, within ten days of ORDER entered 4/1/21, surrender and deliver his Certificate of Naturalization No. 28572816, any and all U.S. passports, and any other indicia of United States citizenship, as well as any copies thereof in his possession or control (and shall make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others) to Counsel for the United States, CHRISTOPHER BUCHANAN.

**This Amended Judgment Filed and Entered on April 1, 2021, and Copies To:**

Christopher B. Buchanan / Rudy Renfer / Kathryne M. Gray (via CM/ECF Notice of Electronic Filing)
Moussa Tall  (via US mail 1105 Timber Drive, Unit A, Garner, NC 27529)

April 1, 2021                           PETER A. MOORE, JR. CLERK

                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk